# EXHIBIT B

ADDENDUM TO MASTER SERVICES AGREEMENT AND THE APPLICABLE SCHEDULE(S)

Reference is made to the Master Services Agreement (the "MSA") and the applicable schedule(s) (the "Schedule(s)") (collectively the "Agreement") between the undersigned to which this Addendum is made a part thereof and which is hereby amended as follows:







13. During the initial term of the Schedule, ADP acknowledges that Client may provide a third party vendor with a user id and password into the Client's ADP DMS System to allow routine screen scrape of the DMS and the use of the report generator. Client agrees that ADP shall have no liability whatsoever for such damages, costs, expenses or other liabilities Client may incur as a result of providing any third party vendor with such id and password, including without limitation, any damages caused by any infiltration of Client's DMS by any other third party . Any such damage to Client's DMS requiring rebuilding or repairing applications is the responsibility of Client, and is not covered under Client's ADP application support agreement(s).

14. Notwithstanding the provisions of Paragraph 9.D. of the Master Services Agreement, ADP and DMI, an affiliate of ADP, (hereinafter referred to as "ADP" in this paragraph only) agree not to access, use or provide to third parties any Client data, without Client's written consent, except to the extent that such use or access is required by ADP to (i) provide Client any Services, Application Programs, Support Services or Maintenance Services; (ii) pull information for billing purposes; (iii) electronically transfer Software releases and update tapes; and (iv) provide assistance in day to day operations, as requested by Client. ADP further agrees that (i) it shall have no ownership interest in any Client data generated by Client through the use of the ADP dealer management system;(ii) Client's use of ADP data cleansing or refresh services does not provide ADP with any ownership interest in the Client data used with those services and (iii) ADP will not use any of the Client data to create or supply revenue generating services without the Client's written consent.



22. Except as expressly amended hereby, the Agreement remains in full force and effect. This Addendum supersedes any prior understanding, or agreements, whether written or oral, between the parties pertaining to the matter covered herein.

| DEALER SERVICES GROUP OF ADP, INC. | BMW OF TOWSON |
|---|---|
| By _Kenneth J. Stolik_ | CMF # _____ |
| Title **VP & Assistant General Counsel** | By _[signature]_ |
| Date 2/2/10 | Title _Pres._ |
| | Date 12/23/09 |

(NE- BMW of Towson 9/28; 10/9, 23, 29, 30; 12/10, 11, 17, 22, 23 bn/kf)