# EXHIBIT C

ADDENDUM TO MASTER SERVICES AGREEMENT AND THE APPLICABLE SCHEDULE(S)

Reference is made to the Master Services Agreement (the "MSA") number 68059017 signed and executed by CDK (formally ADP) on February 24, 2010 and the applicable schedule(s) (the "Schedule(s)") (the MSA and the Schedules are collectively referred to herein s the "Agreement") between the undersigned to which this Addendum is made a part thereof and which is hereby amended as follows:





10. During the initial term of the Schedule, CDK acknowledges that Client may provide a third party vendor with a user id and password into the Client's ASP Managed Services system to allow routine data or extraction from the DMS and the use of a report generator. Client agrees that CDK shall have no liability whatsoever for such damages, costs, expenses or other liabilities Client may incur as a result of providing any third party vendor with such id and password, including without limitation, any damages caused by any infiltration of Client's DMS by any

(NE-BMW of Towson v6 04/23/2015 bn)
Deal ID: 1064152

other third party. Any such damage to Client's DMS requiring rebuilding or repairing applications is the responsibility of Client, and is not covered under Client's CDK application support agreement(s).

11. Notwithstanding the provisions of Paragraph 7.D. of the Master Services Agreement, CDK and DMI, an affiliate of CDK, (hereinafter referred to as "CDK" in this paragraph only) agree not to access, use or provide to third parties any of Client's data or derivative thereof (hereinafter "Client Data"), without Client's written consent, except to the extent that such use or access is required by CDK to (i) provide Client any Services, Application Programs, Support Services or Maintenance Services; (ii) pull information for billing purposes; (iii) electronically transfer Software releases and update tapes; and (iv) provide assistance in day to day operations, as requested by Client. CDK further agrees that (i) it shall have no ownership interest in any Client data generated by CDK or Client through the use of the CDK dealer management system; (ii) Client's use of CDK data cleansing refresh services or other services does not provide CDK with any ownership interest in the Client Data resulting from the use of those services, (iii) CDK will not use any of the Client Data to create or supply revenue generating services without the Client's written consent. Should CDK use, access or provide Client Data in contravention of the provisions of this paragraph, ADP agrees to, upon notice from Client, immediately cease and desist such use, access or provision of the Client Data.







24. Except as expressly amended hereby, the Agreement remains in full force and effect. This Addendum supersedes any prior understanding, or agreements, whether written or oral, between the parties pertaining to the matter covered herein.

| CDK GLOBAL, LLC | BMW OF TOWSON "Client" |
|---|---|
| By _Paul N Kof_ | By _Louis Cohen_ (authorized signature) |
| Name | Name LOUIS A. COHEN (please print) |
| Title President Retail Solutions North America (please print) | Title PRES (please print) |
| Date 12/9/15 | Date 10/29/15 |

(NE-BMW of Towson v6 04/23/2015 bn)
Deal ID: 1064152