# EXHIBIT D

ADDENDUM TO MASTER SERVICES AGREEMENT AND THE APPLICABLE SCHEDULE(S)

Reference is made to the Master Services Agreement (the "MSA") number 68059017 signed and executed by CDK (formally ADP) on February 24, 2010 and the applicable schedule(s) (the "Schedule(s)") (the MSA and the Schedules are collectively referred to herein as the "Agreement") between the undersigned to which this Addendum is made a part thereof and which is hereby amended as follows:

**EXISTING NSA**

3.  CDK agrees that the terms of the Addendum executed on October 29, 2015 by BMW of Towson # 68107719-7729, shall apply to this Schedule dated the date hereof, as if this Schedule was dated that same date as the previous Schedule which was signed by Client on October 29, 2015.

5.  Except as expressly amended hereby, the Agreement remains in full force and effect. This Addendum supersedes any prior understanding, or agreements, whether written or oral, between the parties pertaining to the matter covered herein.

6.  The headings contained in this Addendum are for convenience of reference only, shall not be deemed to be a part of this Addendum and shall not be referred to in connection with the construction or interpretation of this Addendum.

CDK GLOBAL, LLC

"Client"

| | | |
|---|---|---|
| By | By | *Alison Cohn* (signature) |
| (authorized signature) | (authorized signature) | |
| Name | Name | Alison Cohen |
| (please print) | (please print) | |
| Title | Title | VP |
| (please print) | (please print) | |
| Date | Date | 7/26/17 |

Page 1 of 1

(NE- Audi Owing Mills v1-1/27/15 bn)
Deal ID#1064152